**FILED**
JAN 27 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3479-BTM |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| YELENA SKLYAROVA (25), | |
| Defendant | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 27, 2017

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge